# Court of Appeals of the State of Georgia

ATLANTA, June 17, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1413.  IN THE INTEREST OF T. H., A CHILD.**

T. H., a child, appeals from a disposition hearing out of the Juvenile Court of Clayton County. Appellate counsel was not appointed in this case until after this appeal was docketed. Because T. H. intends to raise claims of ineffective assistance of trial counsel and because he did not have the opportunity to raise those claims before the appointment of appellate counsel, we now remand this case to the trial court for an evidentiary hearing and ruling on the issue of trial counsel's effectiveness. See *Mangrum v. State*, 285 Ga. 676, 683 (12) (681 SE2d 130) (2009) (remanding case for trial court to conduct evidentiary hearing on claims of ineffective assistance of trial counsel). Accordingly, Appellant's motion to remand is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/17/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*